

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**PRICE DANIEL**
ATTORNEY GENERAL

April 19, 1947

Hon. Paul H. Brown
Secretary of State
Austin, Texas

Opinion No. V-156

Re: The authority of the Sec-
retary of State to accept,
as payment for capital
stock, legal services ren-
dered before the filing of
charter application.

Dear Sir:

You have submitted the following request for
the opinion of this Department.

"This office has pending an application
for corporate charter. As part of the pay-
ment of capital stock in said corporation,
there is included one hundred dollars for le-
gal services rendered. It will be noted that
the application for the proposed corporation
has not been filed; and, therefore, said serv-
ices have been rendered prior to said corpora-
tion becoming a legal entity.

"It would seem that such service could
not be exchanged for capital stock, in view of
Hackney v. York, 18 S.W. (2d) 1923; W. M. W.
& N. W. Ry. Co. v. Granger, 86 Texas 350;
McAlister v. Eclipse Oil Co., 92 S.W. (2d)
545; and 8 T.L.R. 204.

"Can the attorney's fees under these cir-
cumstances be accepted by this office as pay-
ment for capital stock?"

The rule of law applicable to the facts above
set forth is stated in the opinion in the case of Hack-
ney v. York, 18 S.W. (2d) 923.

"It was clearly held in Weatherford,
M. W. & N. W. Railway Co. v. Granger, 86
Tex. 350, 24 S.W. 795, 40 Am. St. Rep. 837,
that the fee of an attorney 'in advising as
to the articles of incorporation and in cor-
recting and preparing this paper' could not

be charged against the corporation after the filing of its charter, in the absence of a provision in the statutes or in the articles of incorporation casting this burden upon it."

The attorney's fees for such legal services cannot be accepted in part payment of the capital stock of said corporation.

### SUMMARY

Legal services rendered prior to incorporation do not constitute labor done so as to constitute payment of capital stock subscribed under the provisions of Article XII, Section 6, Constitution of Texas or Article 1308, Revised Civil Statutes of Texas, 1925.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

O. K. Richards
Assistant

CKR/lh

APPROVED: April 19, 1947

ATTORNEY GENERAL